UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TERIKA SNEED, | ) | |
| | ) | JURY DEMAND |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO: 3:15-cv-1145 |
| | ) | |
| JONATHAN'S GRILLE – | ) | JUDGE TRAUGER |
| PROVIDENCE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Come now the Parties, Plaintiff Terika Sneed and Defendant Jonathan's Grille – Providence, LLC (the "Parties") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and stipulate that this case be dismissed with prejudice, each party to bear their own costs and attorneys' fees.

Respectfully submitted,

s/Kyle F. Biesecker_____
Kyle F. Biesecker, Attorney No. 28872
BIESECKER DUTKANYCH & MACER, LLC
3200 West End Avenue, Suite 500
Nashville, Tennessee 37203
Telephone: (615) 783-2171
Facsimile: (812) 424-1005
E-Mail: kfb@bdlegal.com

*Attorneys for Plaintiff*

s/Margaret R. T. Myers (with permission)
Margaret R. T. Myers (#020506)
Adams and Reese LLP
424 Church Street, Suite 2700
Nashville, TN 37219
(615) 259-1490
(615) 259-1009

margaret.myers@arlaw.com

*Attorneys for Defendant Jonathan's Grille – Providence, LLC*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on February 7, 2017, a copy of the foregoing was filed electronically. Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.

    Margaret R. T .Myers: margaret.myers@arlaw.com
         ADAMS and REESE, LLP

_____
Kyle F. Biesecker